```
                          United States Bankruptcy Court
                           Southern District of Florida
In re:                                                     Case No. 16-10180-RBR
Anthony Ford                                               Chapter 7
Janice Ford
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 113C-0          User: rodriguez             Page 1 of 2           Date Rcvd: Jul 19, 2016
                              Form ID: pdf007             Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2016.
db/jdb         +Anthony Ford,    Janice Ford,    6321 SW 35 Ct,    Miramar, FL 33023-5069
smg            +Broward County Tax Collector,    115 S Andrews Ave,    Ft Lauderdale, FL 33301-1818
smg             Florida Department of Revenue,    POB 6668,    Tallahassee, FL 32314-6668
cr             +Space Coast Credit Union,    Blaxberg, Grayson, Kukoff & Forteza, P.A,
                 c/o Isabel V. Colleran, Esq.,    25 SE 2nd Avenue Ste 730,    Miami, FL 33131-1696
93383126       +Axis Financial services,    2774 Gateway Rd,    Carlsbad, CA 92009-1747
93383128        Bk of Amer,    4060 Ogletown/stan,    Newark, DE 19713
93383129       +Blue Tree Resort,    12007 Cyprus Run,    Orlando, FL 32836-6421
93383131        Broward County Revenue Collect,    115 south Andrews Ave.,    Suite AIDO,
                 Ft. Lauderdale, FL 33301-1895
93383161       ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                (address filed with court: T-Mobile,     T-Mobile Bankruptcy Team,    POB 53410,
                 Bellevue, WA 98015)
93383163       ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,   MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
                (address filed with court: Washmtl/prov,     POB 9180,    Pleasanton, CA 94588)
93383132       +CHi,    Pob 6241,    Sioux Falls, SD 57117-6241
93383133       +Citimortgage,    PO Box 9438,    Gaithersburg, MD 20898-9438
93383134       +City of Miramar Fire Rescue,    PO Box 864249,    Orlando, FL 32886-4249
93383135       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial services,     c/o Dfs Customer Care Dept.,
                 PO Box 81577,    Austin, TX 78708)
93383136       +Dsnb Bloom,    30-39 Cornwallis Rd,    Durham, NC 27709-0154
93383137       +Dsnb Macys,    3039 Cornwallis Rd,    Durham, NC 27709-0154
93383139       +EOS Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
93383140       +Everhome Mtg,    8100 Nations Way,    Jacksonville, FL 32256-4405
93383145        Highlands County Tax Collector,    54 S. Commerce Ave.,    Sebring, FL 33870
93383146       +Hollywood Medical Ctr Ekg Assoc P A,    1175 Devin Dr, Ste 174,    Norton shores, MI 49441-6079
93383148       +La Estanzia HOA,    c/o John Mac & Associ,    4801 S. University Dr.,    Davie, FL 33328-3839
93383151       +MCLure & Lobozzo,    230 S. Commerce Ave.,    Sebring, FL 33870-3611
93383153       +Memorial Physician Group,    PO Box 538463,    Atlanta, GA 30353-8463
93383155       +Professional Recovery consultants,    2700 Meridian Pkwy, Ste 200,    Durham, NC 27713-2450
93383157       +Robert M. Coplen, Esq.,    Robert M. Coplen, P.A.,    10225 Ulmerton Rd., A,
                 Largo, FL 33771-3538
93383158       +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
93383159       +Sun 'N Lake Improvement Distri,    5306 Sun 'N Lake Blvd.,    Sebring, FL 33872-2198
93383160        Superior MGT,    P.O. BOX,   Fort Walton Beach, FL 32549
93383162       +United Collection Bureau, Inc,    5620 Southwyck Blvd Ste 206,    Toledo, OH 43614-1501
93383164       +Waste Management of Broward County,    2130 Tally Rd,    Leesburg, FL 34748-3350
93383165       +Wfnnb/vctria,    PO Box 182128,    Columbus, OH 43218-2128
93383166       +Wilshire Crd,    PO Box 8517,    Portland, OR 97207-8517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
93383127        E-mail/Text: bankruptcy@bbandt.com Jul 20 2016 00:41:32      Bb&t,    POB 1847,
                 Wilson, NC 27894
93383130       +E-mail/Text: bankruptcy@bbandt.com Jul 20 2016 00:41:32      Branch B&t,    P.O. BOX 2306,
                 Wilson, NC 27894-2306
93383138       +E-mail/Text: collbknotices@sccu.com Jul 20 2016 00:41:59      Eastern CU,    3700 Lakeside Driv,
                 Miramar, FL 33027-3264
93383141       +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2016 00:36:33      Gemb/brd Mrt,    PO Box 981439,
                 El Paso, TX 79998-1439
93383142       +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2016 00:37:19      Gemb/dillard,    PO Box 981432,
                 El Paso, TX 79998-1432
93383143       +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2016 00:37:19      Gemb/jcp,    Po Box 981402,
                 El Paso, TX 79998-1402
93383144       +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2016 00:36:33      Gemb/sams,    Po Box 981400,
                 El Paso, TX 79998-1400
93383147        E-mail/Text: cio.bncmail@irs.gov Jul 20 2016 00:41:24      Internal Revenue service,
                 SPF - Bankruptcy,    PO Box 17167 Stop 5760,    Attn: Bankruptcy unit,
                 Ft. Lauderdale, FL 33318
93383149       +E-mail/Text: bankruptcy@affglo.com Jul 20 2016 00:42:10      Leading Edge Recovery solutions,
                 5440 N. cumberland Ave Ste 300,    Chicago, IL 60656-1486
93383150       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 20 2016 00:37:41      Lvnv Funding,
                 POB 10584,    Greenville, SC 29603-0584
93383154       +E-mail/Text: gangell@healthtechrm.com Jul 20 2016 00:42:10
                 Pathology Consultants of South Broward,     PO Box 917920,    Orlando, FL 32891-0001
93383156       +E-mail/Text: suzanne.darmiento@shcr.com Jul 20 2016 00:41:44
                 Radiology Associates of Hollywood, P A,    9050 Pines Blvd, Ste 200,
                 Pembroke Pines,FL 33024-6456
                                                                                              TOTAL: 12
```

```
District/off: 113C-0          User: rodriguez              Page 2 of 2                  Date Rcvd: Jul 19, 2016
                              Form ID: pdf007              Total Noticed: 44
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Florida Department of Revenue,    POB 6668,    Tallahassee, FL   32314-6668
93383152     ##+Memorial Hospital,    PO Box 2858,    Raleigh, NC 27602-2858
                                                                                             TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2016 at the address(es) listed below:
              Isabel V Colleran    on behalf of Creditor    Space Coast Credit Union isabel.colleran@blaxgray.com,
               bky@blaxgray.com
              Kenneth A Welt
               fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Samantha Carr    on behalf of Creditor    HSBC Bank, USA as Trustee for Homestar 2004-5
               sacarr@logs.com, electronicbankruptcynotices@logs.com
                                                                                             TOTAL: 4
```



**ORDERED in the Southern District of Florida on July 18, 2016.**

*Raymond B. Ray, Judge*
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
Broward Division

In re:

JANICE FORD and
ANTHONY FORD                                                  Case No. 16-10180-BKC-RBR

    Debtor.                                                  Chapter 7
_____/

**ORDER DENYING MOTION TO CONTINUE FILING**
**CHAPTER 7 BANKRUPTCY SEPARATELY [D.E. 44]**

THIS MATTER came before the Court for a hearing on July 13, 2016, upon the *pro se* Debtor's Motion to Continue Filing Chapter 7 Bankruptcy Separately [D.E. 44] (the "Motion"). After the Court having considered the Motion, court file, argument of the Debtor, being otherwise duly advised in the premises, it is

**ORDERED** that the Motion [D.E. 44] is **DENIED** without prejudice. The Debtors may continue the case as a joint filing. The Trustee will allow the case will proceed and will hold a

section 341 meeting of creditors without requiring the Debtor to present a valid social security card. If the Debtor receives his replacement social security card, then the Debtor shall present it to the Trustee. Also, the Debtor is directed to try to get some other original form of identification to present to the Trustee, but failure to do so will not prevent the case from going forward.

###

*The Clerk shall furnish copies to all parties of record.*