```
                        United States Bankruptcy Court
                         Southern District of Florida

In re:                                                    Case No. 16-10180-RBR
Anthony Ford                                              Chapter 7
Janice Ford
       Debtors
                            CERTIFICATE OF NOTICE
District/off: 113C-0          User: admin             Page 1 of 2              Date Rcvd: Aug 18, 2016
                              Form ID: CGFD65         Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2016.
db/jdb         +Anthony Ford,    Janice Ford,    6321 SW 35 Ct,    Miramar, FL 33023-5069
smg            +Broward County Tax Collector,    115 S Andrews Ave,    Ft Lauderdale, FL 33301-1818
smg             Florida Department of Revenue,    POB 6668,    Tallahassee, FL 32314-6668
cr             +Space Coast Credit Union,    Blaxberg, Grayson, Kukoff & Forteza, P.A,
                 c/o Isabel V. Colleran, Esq.,    25 SE 2nd Avenue Ste 730,    Miami, FL 33131-1696
93383126       +Axis Financial services,    2774 Gateway Rd,    Carlsbad, CA 92009-1747
93383128        Bk of Amer,    4060 Ogletown/stan,    Newark, DE 19713
93383129       +Blue Tree Resort,    12007 Cyprus Run,    Orlando, FL 32836-6421
93383131        Broward County Revenue Collect,    115 south Andrews Ave.,    Suite AIDO,
                 Ft. Lauderdale, FL 33301-1895
93383161      ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                (address filed with court: T-Mobile,     T-Mobile Bankruptcy Team,    POB 53410,
                 Bellevue, WA 98015)
93383163      ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
                (address filed with court: Washmtl/prov,     POB 9180,    Pleasanton, CA 94588)
93383132       +CHi,    Pob 6241,    Sioux Falls, SD 57117-6241
93383133       +Citimortgage,    PO Box 9438,    Gaithersburg, MD 20898-9438
93383134       +City of Miramar Fire Rescue,    PO Box 864249,    Orlando, FL 32886-4249
93383135      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial services,     c/o Dfs Customer Care Dept.,
                 PO Box 81577,    Austin, TX 78708)
93383136       +Dsnb Bloom,    30-39 Cornwallis Rd,    Durham, NC 27709-0154
93383137       +Dsnb Macys,    3039 Cornwallis Rd,    Durham, NC 27709-0154
93383139       +EOS Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
93383140       +Everhome Mtg,    8100 Nations Way,    Jacksonville, FL 32256-4405
93383145        Highlands County Tax Collector,    54 S. Commerce Ave.,    Sebring, FL 33870
93383146       +Hollywood Medical Ctr Ekg Assoc P A,    1175 Devin Dr, Ste 174,    Norton shores, MI 49441-6079
93383148       +La Estanzia HOA,    c/o John Mac & Associ,    4801 S. University Dr.,    Davie, FL 33328-3839
93383151       +MCLure & Lobozzo,    230 S. Commerce Ave.,    Sebring, FL 33870-3611
93383153       +Memorial Physician Group,    PO Box 538463,    Atlanta, GA 30353-8463
93383155       +Professional Recovery consultants,    2700 Meridian Pkwy, Ste 200,    Durham, NC 27713-2450
93383157       +Robert M. Coplen, Esq.,    Robert M. Coplen, P.A.,    10225 Ulmerton Rd., A,
                 Largo, FL 33771-3538
93383158       +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
93383159       +Sun 'N Lake Improvement Distri,    5306 Sun 'N Lake Blvd.,    Sebring, FL 33872-2198
93383160        Superior MGT,    P.O. BOX,    Fort Walton Beach, FL 32549
93383162       +United Collection Bureau, Inc,    5620 Southwyck Blvd Ste 206,    Toledo, OH 43614-1501
93383165       +Wfnnb/vctria,    PO Box 182128,    Columbus, OH 43218-2128
93383166       +Wilshire Crd,    PO Box 8517,    Portland, OR 97207-8517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
93383127        E-mail/Text: bankruptcy@bbandt.com Aug 19 2016 00:05:40      Bb&t,    POB 1847,
                 Wilson, NC 27894
93383130       +E-mail/Text: bankruptcy@bbandt.com Aug 19 2016 00:05:40      Branch B&t,    P.O. BOX 2306,
                 Wilson, NC 27894-2306
93383138       +E-mail/Text: collbknotices@sccu.com Aug 19 2016 00:06:02      Eastern CU,    3700 Lakeside Driv,
                 Miramar, FL 33027-3264
93383141       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2016 00:09:11      Gemb/brd Mrt,    PO Box 981439,
                 El Paso, TX 79998-1439
93383142       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2016 00:08:15      Gemb/dillard,    PO Box 981432,
                 El Paso, TX 79998-1432
93383143       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2016 00:08:15      Gemb/jcp,    Po Box 981402,
                 El Paso, TX 79998-1402
93383144       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2016 00:08:15      Gemb/sams,    Po Box 981400,
                 El Paso, TX 79998-1400
93383147        E-mail/Text: cio.bncmail@irs.gov Aug 19 2016 00:05:29      Internal Revenue service,
                 SPF - Bankruptcy,    PO Box 17167 Stop 5760,    Attn: Bankruptcy unit,
                 Ft. Lauderdale, FL 33318
93383149       +E-mail/Text: bankruptcy@affglo.com Aug 19 2016 00:06:04      Leading Edge Recovery solutions,
                 5440 N. cumberland Ave Ste 300,    Chicago, IL 60656-1486
93383150       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 19 2016 00:09:29      Lvnv Funding,
                 POB 10584,    Greenville, SC 29603-0584
93383154       +E-mail/Text: gangell@healthtechrm.com Aug 19 2016 00:06:04
                 Pathology Consultants of South Broward,    PO Box 917920,    Orlando, FL 32891-0001
93383156       +E-mail/Text: suzanne.darmiento@shcr.com Aug 19 2016 00:05:49
                 Radiology Associates of Hollywood, P A,    9050 Pines Blvd, Ste 200,
                 Pembroke Pines,FL 33024-6456
93383164       +E-mail/Text: rmcbknotices@wm.com Aug 19 2016 00:06:42      Waste Management of Broward County,
                 2130 Tally Rd,    Leesburg, FL 34748-3350
                                                                                               TOTAL: 13
```

```
District/off: 113C-0          User: admin              Page 2 of 2                  Date Rcvd: Aug 18, 2016
                              Form ID: CGFD65          Total Noticed: 44

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Florida Department of Revenue,    POB 6668,    Tallahassee, FL   32314-6668
93383152     ##+Memorial Hospital,    PO Box 2858,    Raleigh, NC 27602-2858
                                                                                TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2016 at the address(es) listed below:
          Isabel V Colleran    on behalf of Creditor    Space Coast Credit Union isabel.colleran@blaxgray.com,
            bky@blaxgray.com
          Kenneth A Welt
            fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Samantha Carr    on behalf of Creditor    HSBC Bank, USA as Trustee for Homestar 2004-5
            sacarr@logs.com, electronicbankruptcynotices@logs.com
                                                                                            TOTAL: 4
```

**CGFD65** (12/1/09)



**ORDERED in the Southern District of Florida on August 18, 2016**

Raymond B Ray
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 16−10180−RBR

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Anthony Ford
aka Tropical Remodeling Services
6321 SW 35 Ct
Miramar, FL 33023

SSN: xxx−xx−1416 EIN: 20−3778640

Janice Ford
6321 SW 35 Ct
Miramar, FL 33023

SSN: xxx−xx−3864

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

# # #

\* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Page 2 of 2*